OPINION — AG — ** VACATION OF PLAT — PROPERTY — CITY LIMITS ** CITES OPINION NO. JUNE 9, 1941 . . . "IT IS THE OPINION OF THE A.G. THAT A VACATION OF THE PLAT OF PROPERTY ANNEXED TO A CITY DOES `NOT' OPERATE TO DETACH SUCH PROPERTY FROM THE CITY OR MAKE SUCH PROPERTY NON TAXABLE FOR CITY PURPOSES." (MUNICIPALITY, UNPLATTED LAND) CITE: 11 O.S. 522 [11-522], OPINION NO. JUNE 9, 1951 — ROBINSON (RICHARD M. HUFF)